# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUBHASH PATEL, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>KONINKLIJKE PHILIPS N.V., FRANS VAN HOUTEN, and ABHIJIT BHATTACHARYA,<br><br>　　　　　　　　　　　Defendants. | Case No.: 1:21-cv-04597<br><br>NOTICE OF VOLUNTARY DISMISSAL<br><br>**FILED**<br>**CLERK**<br>10:02 am, Aug 17, 2021<br>**U.S. DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK**<br>**LONG ISLAND OFFICE** |

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

WHEREAS, no defendant in the above-captioned action, *Patel v. Koninklijke Philips N.V. et al.*, 1:21-cv-04597, brought before the United States District Court for the Eastern District of New York, has served an answer or motion for summary judgment;

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), plaintiff Subhash Patel hereby voluntarily dismisses the above-captioned action, without prejudice, as to all defendants.

Dated: August 16, 2021

.

Dated: 8/17/2021
So Ordered. The Clerk of the Court is directed to close this case.
/**s/ Gary R. Brown**
GARY R. BROWN, U.S.D.J.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**POMERANTZ LLP**

　　　　　　　　　　　　　　　　　　　*/s/ Jeremy A. Lieberman*
　　　　　　　　　　　　　　　　　　　Jeremy A. Lieberman
　　　　　　　　　　　　　　　　　　　J. Alexander Hood II
　　　　　　　　　　　　　　　　　　　Thomas H. Przybylowski
　　　　　　　　　　　　　　　　　　　600 Third Avenue
　　　　　　　　　　　　　　　　　　　New York, New York 10016
　　　　　　　　　　　　　　　　　　　Telephone: (212) 661-1100
　　　　　　　　　　　　　　　　　　　Facsimile: (212) 661-8665
　　　　　　　　　　　　　　　　　　　jalieberman@pomlaw.com
　　　　　　　　　　　　　　　　　　　ahood@pomlaw.com
　　　　　　　　　　　　　　　　　　　tprzybylowski@pomlaw.com

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*